IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED. Hearing reset for 11/24/14 at 3:00 p.m.**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No. 3:13-00057 |
| ) | Judge Trauger |
| TERRY YOUNG ) | |
| DEFENDANT ) | |

## MOTION TO CONTINUE THE SENTENCING HEARING

Comes now the defendant, Terry Young, by and through counsel of record, David R. Heroux, and herein moves this Honorable Court to Continue the Sentencing Hearing set for Monday, September 29, 2014. The United States has no objection to this motion. In support of this motion the defendant has filed an affidavit in support under seal.

Respectfully submitted,

**Haymaker & Heroux, P.C.**

s/ David R. Heroux
David R. Heroux,   BPR   20798
Attorney for the Defendant
943 Main Street
Nashville, Tennessee 37206
(615) 250-0050