IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

*Motion GRANTED. Hearing reset for 4/13/15 at 2:00 p.m.*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No. 3:13-00057 |
| ) | Judge Trauger |
| TERRY YOUNG ) | |
| DEFENDANT ) | |

## MOTION TO CONTINUE THE SENTENCING HEARING

Comes now the defendant, Terry Young, by and through counsel of record, David R. Heroux, and herein moves this Honorable Court to Continue the Sentencing Hearing set for Monday, February 9, 2015. The United States has no objection to this motion. In support of this motion the defendant has previously filed under seal an affidavit in this matter on September 22, 2014, at docket entry 84.

Respectfully submitted,

**Haymaker & Heroux, P.C.**

s/ David R. Heroux
David R. Heroux,   BPR   20798
Attorney for the Defendant
943 Main Street
Nashville, Tennessee 37206
(615) 250-0050